DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

WRIGHT v. HOLT

No. 161 PC.

Case below: 18 N.C. App. 661.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973.